

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **APL Logistics Americas, Ltd. dba Carmichael International Service** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906537500 | 10/8/2019 | $8,156.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906450400 | 10/3/2019 | $12,310.89 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906628800 A | 10/10/2019 | $100.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906628800 | 10/10/2019 | $8,490.98 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906621700 | 10/10/2019 | $12,424.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906618600 | 10/10/2019 | $33,638.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906599600 | 10/9/2019 | $4,771.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906593300 | 10/9/2019 | $14,800.31 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906696700 | 10/14/2019 | $12,592.51 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906568800 | 10/8/2019 | $3,303.91 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906700900 | 10/14/2019 | $4,871.05 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906536700 | 10/8/2019 | $15,043.43 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906535100 | 10/3/2019 | $4,851.41 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906534000 | 10/7/2019 | $8,731.66 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906483901 | 10/7/2019 | $114.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906483900 | 10/4/2019 | $1,044.34 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906461300 | 10/3/2019 | $6,700.32 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905751900 | 9/9/2019 | $23,464.37 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906585000 | 10/17/2019 | $10,586.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906845100 | 10/18/2019 | $15,047.07 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907071901 | 11/1/2019 | $436.31 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782T | $18,686.99 | 10/31/2019 | LAC907071900 | 10/28/2019 | $13,211.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782T | $18,686.99 | 10/31/2019 | LAC907068601 | 10/29/2019 | $143.15 |

APL Logistics Americas, Ltd. dba Carmichael International Service (2266300)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782T | $18,686.99 | 10/31/2019 | LAC907068600 | 10/28/2019 | $5,191.44 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782T | $18,686.99 | 10/31/2019 | LAC906282401 | 10/29/2019 | $47.12 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782T | $18,686.99 | 10/31/2019 | LAC906241201 | 10/29/2019 | $94.24 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906899400 | 10/21/2019 | $28,809.90 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906127501 | 10/11/2019 | $321.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906872900 | 10/18/2019 | $26,394.59 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906449000 | 10/3/2019 | $30,037.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906842600 | 10/18/2019 | $10,947.53 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906810800 | 10/23/2019 | $19,675.39 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906764800 | 10/15/2019 | $13,231.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906752200 | 10/15/2019 | $13,182.51 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906732000 | 10/15/2019 | $12,076.31 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906726100 | 10/15/2019 | $11,908.65 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906719400 | 10/14/2019 | $8,029.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718B | $188,846.41 | 10/24/2019 | LAC906896300 | 10/21/2019 | $11,758.11 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905894100 | 9/16/2019 | $12,052.34 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906456700 | 10/3/2019 | $16,697.13 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC906027700 | 9/18/2019 | $5,064.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC905970800 | 9/17/2019 | $8,974.13 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC905961700 | 9/17/2019 | $4,100.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC905950200 | 9/16/2019 | $19,019.89 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC905917200 | 9/16/2019 | $6,775.36 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC905321501 | 9/20/2019 | $79.24 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC906096800 | 9/20/2019 | $1,216.27 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905907700 | 9/13/2019 | $9,768.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC906102800 | 9/20/2019 | $17,782.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905892700 | 9/13/2019 | $15,950.82 |

APL Logistics Americas, Ltd. dba Carmichael International Service (2266300)
Bankruptcy Case: HRB Winddown, Inc.
Dec 13, 2021

Exhibit A

P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905887100 | 9/13/2019 | $4,655.69 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905824900 | 9/11/2019 | $11,283.65 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905797700 | 9/11/2019 | $12,389.90 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905790700 | 9/10/2019 | $14,716.86 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905786700 | 9/10/2019 | $10,080.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905780400 | 9/10/2019 | $19,251.26 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080330H | $143,391.84 | 9/26/2019 | LAC905908700 | 9/13/2019 | $9,778.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906241200 | 9/26/2019 | $4,667.42 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906447500 | 10/3/2019 | $26,236.90 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906437200 | 10/3/2019 | $16,319.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906436700 | 10/3/2019 | $17,786.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906394400 | 10/1/2019 | $7,030.51 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906394300 | 10/1/2019 | $25,234.43 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906394200 | 10/1/2019 | $14,596.03 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906393800 | 10/1/2019 | $8,175.04 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080421U | $70,856.43 | 10/3/2019 | LAC906037200 | 9/19/2019 | $7,843.91 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906282400 | 9/27/2019 | $12,263.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907139100 | 10/30/2019 | $9,490.07 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906142500 | 9/24/2019 | $10,832.48 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906127500 | 9/23/2019 | $31,901.45 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906106000 | 9/23/2019 | $8,224.70 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906104700 | 9/23/2019 | $10,389.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC906096801 | 9/23/2019 | $114.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC905632301 | 9/27/2019 | $79.24 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080520 | $78,552.09 | 10/10/2019 | LAC905630201 | 9/27/2019 | $79.24 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080593F | $314,991.92 | 10/17/2019 | LAC906339700 | 9/30/2019 | $7,809.73 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907663900 | 11/19/2019 | $21,477.92 |

APL Logistics Americas, Ltd. dba Carmichael International Service (2266300)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907138000 | 10/30/2019 | $14,165.67 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907747000 | 11/22/2019 | $15,202.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907522901 | 11/27/2019 | $259.94 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907512501 | 11/27/2019 | $202.82 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907734400 | 11/21/2019 | $26,016.92 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907733800 | 11/21/2019 | $20,623.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907717900 | 11/21/2019 | $18,411.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907777200 | 11/25/2019 | $1,658.61 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907665800 | 11/20/2019 | $3,573.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907778400 | 11/25/2019 | $1,217.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907639800 | 11/19/2019 | $14,287.43 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907639600 | 11/19/2019 | $19,831.54 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907638800 | 11/19/2019 | $11,465.15 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907586400 | 11/15/2019 | $13,836.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907584900 | 11/15/2019 | $5,408.88 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907570000 | 11/15/2019 | $12,046.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907568100 | 11/15/2019 | $15,415.58 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LAC907665801 | 11/21/2019 | $143.15 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907840700 | 11/27/2019 | $24,064.74 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907932800 | 12/3/2019 | $1,001.69 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907928000 | 12/2/2019 | $1,437.46 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907915500 | 12/2/2019 | $12,616.47 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907914100 | 12/2/2019 | $6,022.09 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907887800 | 11/29/2019 | $10,434.21 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907887600 | 11/29/2019 | $11,031.89 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907885100 | 11/29/2019 | $17,432.60 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907774500 | 11/25/2019 | $1,124.54 |

APL Logistics Americas, Ltd. dba Carmichael International Service (2266300)

Bankruptcy Case: HRB Winddown, Inc.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907868500 | 11/27/2019 | $17,559.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907559500 | 11/14/2019 | $31,488.51 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907829500 | 11/26/2019 | $5,878.34 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907829100 | 11/26/2019 | $8,427.83 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907828000 | 11/26/2019 | $12,274.10 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907827600 | 11/26/2019 | $8,004.27 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907784500 | 11/25/2019 | $5,015.11 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907784200 | 11/25/2019 | $10,209.66 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907784100 | 11/25/2019 | $17,208.89 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081296D | $134,107.55 | 12/5/2019 | LAC907877200 | 11/27/2019 | $5,797.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907234500 | 11/1/2019 | $38,093.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907235800 | 11/4/2019 | $6,674.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907235100 | 11/4/2019 | $12,131.33 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC802671801 | 11/4/2019 | $428.22 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC800885801 | 11/4/2019 | $285.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC800315101 | 11/4/2019 | $335.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC800295501 | 11/6/2019 | $414.91 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC707420701 | 11/4/2019 | $337.41 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081127R | $193,591.80 | 11/26/2019 | LA907725100 | 11/21/2019 | $12,348.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907234900 | 11/1/2019 | $10,386.78 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907309900 | 11/5/2019 | $10,636.76 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907233500 | 11/1/2019 | $8,555.42 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907233400 | 11/1/2019 | $4,725.49 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907231300 | 11/1/2019 | $4,935.79 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907230000 | 11/1/2019 | $22,063.58 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907229400 | 11/1/2019 | $7,327.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907158500 | 10/31/2019 | $29,266.82 |

APL Logistics Americas, Ltd. dba Carmichael International Service (2266300)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 5

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081388H | $73,235.60 | 12/12/2019 | LAC907991800 | 12/4/2019 | $13,259.19 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC707379401 | 11/4/2019 | $173.18 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907456000 | 11/11/2019 | $6,568.87 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863V | $157,897.27 | 11/7/2019 | LAC907138800 | 10/30/2019 | $8,449.98 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907544500 | 11/14/2019 | $8,324.68 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907543300 | 11/14/2019 | $16,640.59 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907522900 | 11/13/2019 | $228.26 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907512500 | 11/13/2019 | $225.76 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907506400 | 11/12/2019 | $20,497.56 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907494700 | 11/12/2019 | $7,955.61 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907266800 | 11/4/2019 | $27,068.59 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907468300 | 11/12/2019 | $252.91 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907309700 | 11/5/2019 | $25,072.21 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907454600 | 11/11/2019 | $27,334.99 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907427400 | 11/11/2019 | $15,980.72 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907427000 | 11/11/2019 | $5,252.67 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907397900 | 11/8/2019 | $24,179.84 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907395600 | 11/8/2019 | $4,094.83 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907392200 | 11/7/2019 | $20,844.40 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081001 | $131,751.53 | 11/14/2019 | LAC907316700 | 11/5/2019 | $27,349.96 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907560300 | 11/14/2019 | $21,046.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081072P | $195,905.14 | 11/21/2019 | LAC907493600 | 11/12/2019 | $5,832.39 |

**Totals:** **12 transfer(s),** **$1,701,814.57**

APL Logistics Americas, Ltd. dba Carmichael International Service (2266300)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 6